NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided December 20, 2011

Reported below, 2011 NY Slip Op 77315(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of MARGARET REGAN SMITH, on Behalf of HUNTER I., an Infant, Respondent, v DAWN F.B., Appellant. RICHARD I., Nonparty Respondent.

Submitted November 14, 2011; decided December 20, 2011

Reported below, 88 AD3d 729.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

YAN PING XU, Appellant, v CITY OF NEW YORK, Sued Herein as NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, Respondent.

Submitted November 7, 2011; decided December 20, 2011

Reported below, 82 AD3d 559.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.